JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADELINA BOTELLO-ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADELINA BOTELLO-ORTIZ )<br>)<br>Defendant. )<br>)<br>_____ ) | NO. 2:13-CR-0021 MCE<br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br>DATE: March 28, 2013<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

ADELINA BOTELLO-ORTIZ by and through her counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for March 7, 2013, be continued to March 28, 2013, at 9:00 a.m..

This continuance is being requested because defense counsel requires additional time to pursue investigation, await the receipt of pending discovery defense counsel requested from the Tulare County Superior Court and Tehama County Superior Court, and discuss the case with the government.

Specifically, records pertaining to Ms. Botello-Ortiz's priors have been requested along with court transcripts. Defense counsel will communicate with the government before the next status conference to discuss any possible outstanding discovery and to discuss plea

negotiations.  This continuance is necessary for the ongoing preparation of counsel. The parties anticipate that this case will resolve without the need of a trial.

Counsel, along with the defendants, agree that the time from March 7, 2013 through March 28, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: March 1, 2013  Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/S/ Angeles Zaragoza
ANGELES ZARAGOZA
Assistant Federal Defender
Attorney for Defendant
ADELINA BOTELLO-ORTIZ

DATE: March 1, 2013  BENJAMIN B. WAGNER
United States Attorney

/S/ Angeles Zaragoza for
NIRAV DESAI
Assistant United States Attorney

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to , March 28, 2013, at 9:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from March 7, 2013 up to and including March 28, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE